IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISRAEL COLLADO-REYES | Criminal No. 19-321-01 |

### ORDER

**AND NOW**, this 3rd day of December, 2025, upon consideration of Defendant's Motion for Compassionate Release (ECF No. 318), the Government's Response, and Defendant's Reply, it is hereby **ORDERED** that the motion is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge