**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ISRAEL COLLADO-REYES** | **Criminal No. 19-321-01** |

## ORDER

**AND NOW**, this 23rd day of February, 2026, upon consideration of Defendant's Motion Seeking First Step Act Application (ECF No. 324) and the Government's Response, it is hereby **ORDERED** that the motion is **DENIED** for the reasons stated in the accompanying memorandum.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge